

Attorneys at Law
L'Abbate, Balkan, Colavita & Contini, L.L.P.
1001 Franklin Avenue, Garden City, New York 11530
T. 516.294.8844  F. 516.294.8202
www.lbcclaw.com

Andrea S. Kleinman
Associate
akleinman@lbcclaw.com

July 13, 2011

**VIA ELECTRONIC FILING**
**FACSIMILE TRANSMISSION**
**& FIRST CLASS MAIL**

Magistrate Judge Cheryl L. Pollak
United States District Court
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    Quartey v. Schiavone Construction, et al.
              **Docket No.: 11 CV 2037**
              Our File No.: 1533-95932

Dear Judge Pollak:

      This firm represents Defendants WDF Development, LLC and WDF, Inc. in the above-referred matter. This is a request for an extension of time to respond to the Plaintiff's Summons and Complaint. This is our second request.

      We have secured the consent of the Plaintiff's attorney and we respectfully request that our time to respond to the Plaintiff's Summons and Complaint be extended to July 29, 2011. We are currently gathering information in support of defendants' position that they were not properly named as defendants. It is anticipated that no further extensions will be required.

      Enclosed please find a stipulation extending our time to respond and we respectfully request Your Honor to "so order" this stipulation.

      Thank you for your assistance in this regard.

                            Very truly yours,

                            L'ABBATE, BALKAN, COLAVITA
                            & CONTINI, L.L.P.

                            Andrea S. Kleinman

ASK/kl
Enclosure
cc:    Michael G. O'Neill, Esq.
       Attorneys for Plaintiff
       30 Vessey Street
       New York, New York 10007

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
BEN QUARTEY,                                                        Docket No. 11-CV-2037

                      Plaintiff,

                  -against-                                           **STIPULATION
                                                                    EXTENDING
                                                                    TIME TO ANSWER**

SCHIAVONE CONSTRUCTION CO., LLC, SCHIAVONE
CONTRACTING CORP., JOHN P. PICONE, INC.,
WDF DEVELOPMENT, LLC and WDF, INC.,

                      Defendants,
----------------------------------------------------------------X

        IT IS HEREBY STIPULATED that the time for the defendants WDF DEVELOPMENT, LLC and WDF, INC., to appear and to answer, amend or supplement the answer as of course, or to make any motion with relation to the Summons or to the Complaint in this action, be and the same is hereby extended to and including the 29th day of July, 2011. An executed copy of this stipulation shall be deemed the same as a signed original.

Dated:      Garden City, New York
               July 12, 2011

_____   By: Theresa B. Wash, Esq.   _____
Michael G. O'Neill, Esq.                                Andrea S. Kleinman, Esq.
Attorneys for Plaintiff                                 L'Abbate, Balkan, Colavita & Contini, LLP
30 Vesey Street                                         Attorneys for Defendants
New York, New York 10007                                WDF DEVELOPMENT, LLC and
(212) 581-0990                                          WDF, INC.
                                                        1001 Franklin Avenue
                                                        Garden City, New York 11530
                                                        (516) 294-8844

SO ORDERED:

_____             Date: _____
CHERYL L. POLLAK, MJ